23776. REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA *v.*
WOODWARD.

STEPHENS, J.   This case is controlled by the decision of this court this day rendered in *Regents of the University System of Georgia* v. *Blanton,* ante, 602.   *Judgment affirmed.   Jenkins, P. J., and Sutton, J., concur.*
DECIDED SEPTEMBER 22, 1934.   REHEARING DENIED SEPTEMBER 29, 1934.

*Harold Hirsch, Marion Smith, Hamilton Lokey, Sumter M. Kelley, Spalding, MacDougald & Sibley,* for plaintiff in error.
*Branch & Howard, Bond Almand,* contra.